**E-filed 8/3/06**

MARLENE S. MURACO, Bar No. 154240
E-mail: mmuraco@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150
Facsimile:    408.288.5686
E-mail: mmuraco@littler.com

Attorneys for Defendant
PORTOLA PACKAGING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE PIRVUL, ELLEN GALLAGHER and DAVID COFFEY,<br><br>Plaintiffs,<br><br>v.<br><br>PORTOLA PACKAGING, INC., a corporation; and DOES One through Fifteen, inclusive,<br><br>Defendant. | Case No. C06-03336 JF<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER APPROVING THE CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

Defendant Portola Packaging, Inc. ("Defendant") and Plaintiffs Lawrence Pirvul, Ellen Gallagher, and David Coffey ("Plaintiffs") hereby stipulate as follows:

1.  That on May 19, 2006, Defendant removed Plaintiffs' complaint for damages relating to breach of contract claims ("Complaint") to the United States District Court, Northern District of California.

2.  That the case was ordered assigned to the Honorable Jeremy Fogel and a Case Schedule was set based on the date the Complaint was filed.

3.  That the Case Schedule set the Initial Case Management Conference for August 18, 2006 with the Joint Case Management Statement and initial disclosures to be filed by August 11, 2006.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

STIP TO CONTINUE THE INITIAL CMC AND [PROPOSED] ORDER

4. Plaintiffs have filed a motion to remand that is set to be heard on August 25, 2006.

5. The lead counsel for Defendant will be out-of-state on vacation from August 17 to August 23, thus is not available for the initial case management conference set for August 18, 2006. (See Declaration of Marlene Muraco filed herewith).

6. The parties request a continuance of the Case Management Conference to a date on or after September 22, 2006, which will allow the parties to defer initial disclosures until after the Court has ruled on Plaintiffs' motion for remand.

Dated: July ____, 2006

*[signature: Marlene Muraco]*

MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PORTOLA PACKAGING, INC.

Dated: July 25, 2006

*[signature: Elizabeth Riles]*

ELIZABETH RILES
BOHBOT & RILES, LLP
Attorneys for Plaintiffs
LAWRENCE PIRVUL, ELLEN GALLAGHER, and DAVID COFFEY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference will be continued to September 22, 2006 or as soon thereafter as may be heard by the Court. All other deadlines will be continued accordingly.

Date: 8/3/07

The Honorable Jeremy Fogel

*[signature]*

2.  STIP TO CONTINUE THE INITIAL CMC AND [PROPOSED] ORDER